## Cleveland, Painesville, and Ashtabula Railroad Company *versus* The City of Erie.

1. The Supreme Court and Common Pleas have concurrent jurisdiction in matters of equity; and pending a bill in the Common Pleas, the Supreme Court will not entertain jurisdiction for the same cause.

2. After judgment, or decree by a tribunal of competent jurisdiction, another complaint grounded on the same facts, will not be listened to, either by the same or a different court.

3. This bill having been filed in the Court of Common Pleas of Erie county, and a motion for a preliminary injunction refused, and the bill being still pending, this court refuse the injunction.

THE opinion in this case may be found in 3 Casey's Reports, 381, where it is reported without a syllabus. The points decided not being found in the table of contents, the reporter gives them here, to facilitate reference to the case.